In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00531-CV
_____


### IN RE DONALD BEELER, SR.


_____

### Original Proceeding
_____

### ORDER

The relator, Donald Beeler, Sr., filed an application for writ of habeas corpus. Beeler alleges his confinement is illegal because the orders signed on September 8, 2009 and October 5, 2012 by the Honorable David Walker, a senior judge sitting for the 88th District Court of Hardin County, Texas, in Cause No. 41,569, holding relator in contempt and committing him to jail, are void. Beeler asks that he be released on bail pending the resolution of the merits of his petition for writ of habeas corpus.

It is, therefore, ORDERED that the relator, Donald Beeler, Sr., is hereby admitted to bail upon his giving a good and sufficient bond, conditioned as required by law, in the

1

sum of One Thousand Dollars ($1,000.00), to be approved by the Sheriff of Hardin County, Texas.  A copy of the approved and executed bond shall be forwarded to the Clerk of this Court.

ORDER ENTERED November 9, 2012.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.

2